UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DONALD DRENNAN WILLIAMS JR., *et al.*,  :
:
                   Petitioners,  :
:
        -v-                                        :         25 Civ. 124 (JPC)
:
JSL SECURITIES, INC., *et al.*,  :         ORDER
:
                   Respondents.  :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

      On January 7, 2025, Petitioners filed a petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ordered that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by January 31, 2025. Respondents' opposition, if any, is due on February 28, 2025. Petitioners' reply, if any, is due March 14, 2025.

      Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than January 31, 2025, and shall file an affidavit of such service with the court no later than February 3, 2025.

      SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                           JOHN P. CRONAN
                                                           United States District Judge