# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

DONALD DRENNAN WILLIAMS JR. and PHILLIP ANDREW BLANKENSHIP,

                    Petitioners,                    25 **CIVIL** 00124 (JPC)

       -against-                                    <u>**JUDGMENT**</u>

JSL SECURITIES, INC. and MMA SECURITIES LLC,

                    Respondents.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 21, 2025, the Petition is granted. Judgment is entered confirming the Award of $175,000 plus pre-judgment interest on that amount accruing at the rate of 7.5% per annum from June 15, 2022, through and including November 21, 2024, and the case is closed. The Court notes that Petitioners agree that Respondents have paid Award in the full amount, and therefore this judgment has been satisfied.

**Dated**: New York, New York

      August 22, 2025

                                                **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                           **BY:**

                                                **Deputy Clerk**